# United States District Court
# For The Western District of North Carolina
# Asheville Division

Rodney Moucell Jones ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            1:09-cv-385

Ron Moore, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2009 Order.

November 3, 2009

FRANK G. JOHNS, CLERK

BY:   s/Joan Gosnell
       Joan Gosnell, Deputy Clerk